1
2
3
4
5
6
7
8

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELEONORA IGOVA,<br><br>   Petitioner,<br><br>  v.<br><br>MARY LATTIMORE, Warden,<br><br>   Respondent. | Case No. CV 14-1580 BRO (MRW)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

  Pursuant to 28 U.S.C. § 636, the Court reviewed the petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court engaged in a <u>de novo</u> review of those portions of the Report to which Petitioner objected and reviewed the Final Report and Recommendation of the Magistrate Judge. The Court accepts the findings and recommendations of the Magistrate Judge.

IT IS ORDERED that Judgment be entered denying the petition and dismissing this action with prejudice.

IT IS SO ORDERED.

DATED: December 20, 2016

By: _____
Honorable Beverly R. O'Connell
United States District Court Judge