# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELEONORA IGOVA,<br><br>    Petitioner,<br><br>    v.<br><br>MARY LATTIMORE, Warden,<br><br>    Respondent. | Case No. CV 14-1580 BRO (MRW)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATED: December 20, 2016

By: _____
Honorable Beverly R. O'Connell
United States District Court Judge